IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERENCE LATRELL NORMAN,
Inmate No. 1906841,
    Plaintiff,

vs.                                   Case No.:   3:19cv4490/RV/EMT

MICHAEL ANDREW, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). On December 10, 2019, the court granted Plaintiff's motion to proceed in forma pauperis and directed him to pay an initial partial filing fee in the amount of $4.43 within thirty (30) days (ECF No. 6). At Plaintiff's request the court subsequently extended the deadline to February 10, 2020 (ECF Nos. 8, 9). Plaintiff failed to respond to the court's order; therefore, on February 12, 2020, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 10).

Plaintiff responded to the order of February 12, 2020, by stating he did not have the funds to pay the initial partial filing fee (ECF No. 11). As a result, on March 2, 2020, the court ordered Plaintiff to submit an updated statement of the activity in his inmate account from November 17, 2019, to the present time (ECF No. 12). The deadline to provide the account activity was April 1, 2020 (*see id.*). Moreover, Plaintiff was specifically advised that failure to comply "*will* result in a recommendation of dismissal of this action" (ECF No. 12 at 2, ¶2) (emphasis added). Six days have elapsed since the deadline, and Plaintiff has neither paid the initial partial filing fee nor provided an updated statement of his inmate account.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 7th day of April 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.   <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>   A copy of objections shall be served upon all other parties.   If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.   *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.